**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| Vyera Pharmaceuticals, LLC, *et al.*,[1] | Case No. 23-10605 (JKS) |
| Debtors. | (Joint Administration Requested) |
| | **Related D.I.: 9** |

**NOTICE OF FILING OF REVISED PROPOSED FORM OF INTERIM ORDER (I)
AUTHORIZING THE DEBTORS TO HONOR OBLIGATIONS TO CUSTOMERS AND
RELATED THIRD PARTIES AND TO OTHERWISE CONTINUE CUSTOMER
PROGRAMS; (II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO PERMIT
SETOFF IN CONNECTION WITH CUSTOMER PROGRAMS; (III) AUTHORIZING
FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS
AND TRANSFERS; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE**, on May 10, 2023, Vyera Pharmaceuticals, LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-subchapter V cases filed the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Honor Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs; (II) Granting Relief from the Automatic Stay to Permit Setoff in Connection with Customer Programs; (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (IV) Granting Related Relief* D.I. 9] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE**, in connection with certain informal comments received from the Office of the United States Trustee for Region 3, in advance of the hearing before the Court set forth May 18, 2023 at 11:00 a.m. (ET), the Debtors are hereby filing a revised form of proposed order granting the relief requested in the Motion (the "Revised Proposed Order"), attached hereto as **Exhibit A**.  A redline of the Revised Proposed Order marked against the original form of order attached to the Motion is attached hereto as **Exhibit B**.  For the avoidance of doubt, the Debtors are filing the Revised Proposed Order and the redline solely for the Court's and other parties in interest's convenience and without prejudice to any party's right to object to the relief requested at the hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[1]    The Debtors in these subchapter V cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Vyera Pharmaceuticals, LLC (1758); Oakrum Pharma, LLC (3999); SevenScore Pharmaceuticals, LLC (2598); Phoenixus AG (1091); Dermelix Biotherapeutics, LLC (4711); and Orpha Labs AG.  The Debtors' headquarters and the mailing address for the Debtors is 600 3rd Avenue, 19th Floor, New York, NY 10016.

Dated:  May 17, 2023
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Matthew S. Sarna*
R. Craig Martin (DE No. 5032)
Matthew S. Sarna (DE No. 6578)
1201 North Market Street
Wilmington, Delaware 19801
Tel: (302) 468-5700
Fax: (302) 397-2336
Email: craig.martin@us.dlapiper.com
        matthew.sarna@us.dlapiper.com

-and-

John K. Lyons (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516
Email: john.lyons@us.dlapiper.com

*Proposed Counsel to the Debtors*

EAST\203486893.1