**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| Vyera Pharmaceuticals, LLC, *et al.*,[1] | Case No. 23-10605 (JKS) |
| Debtors. | (Jointly Administered) |
| | Related D.I.: 9 |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) AUTHORIZING DEBTORS TO HONOR OBLIGATIONS TO CUSTOMERS AND RELATED THIRD PARTIES AND TO OTHERWISE CONTINUE CUSTOMER PROGRAMS; (II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO PERMIT SETOFF IN CONNECTION WITH CUSTOMER PROGRAMS; (III) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS; AND (IV) GRANTING RELATED RELIEF**

I, Matthew S. Sarna, an attorney with DLA Piper LLP (US), as proposed counsel to Vyera Pharmaceuticals, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-referenced subchapter V cases, herby certify the following:

1. On May 10, 2023, the Debtors filed the *Motion of the Debtors for Entry of an Order (I) Authorizing Debtors to Honor Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Programs; (II) Granting Relief from the Automatic Stay to Permit Setoff in Connection with Customer Programs; (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (IV) Granting Related Relief* [D.I. 9] (the

---

[1] The Debtors in these subchapter V cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Vyera Pharmaceuticals, LLC (1758); Oakrum Pharma, LLC (3999); SevenScore Pharmaceuticals, LLC (2598); Phoenixus AG (1091); Dermelix Biotherapeutics, LLC (4711); and Orpha Labs AG. The Debtors' headquarters and the mailing address for the Debtors is 600 3rd Avenue, 19th Floor, New York, NY 10016.

"Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On May 18, 2023, the Court held a hearing to consider the Motion, as well as other first day pleadings.

2.      In accordance with the Debtors' colloquy with the Court at the hearing and prior discussions with the Office of the United States Trustee for Region 3 and other interested parties, the Debtors have revised the proposed form of order granting the relief requested in the Motion (the "Revised Proposed Order").  A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.  A redline comparing the original proposed order filed as an exhibit to the Motion and the Revised Proposed Order, to which the parties have agreed, is attached hereto as **Exhibit B**.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order, attached hereto as **Exhibit A**, at the earlier convenience of the Court.

| | |
|---|---|
| Dated:  May 19, 2023<br>         Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> */s/ Matthew S. Sarna*<br>R. Craig Martin (DE No. 5032)<br>Matthew S. Sarna (DE No. 6578)<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 468-5700<br>Fax: (302) 397-2336<br>Email: craig.martin@us.dlapiper.com<br>            matthew.sarna@us.dlapiper.com<br><br>-and-<br><br>John K. Lyons (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606-0089<br>Tel: (312) 368-4000<br>Fax: (312) 236-7516<br>Email: john.lyons@us.dlapiper.com<br><br>*Proposed Counsel to the Debtors* |