## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| Vyera Pharmaceuticals, LLC, *et al.*,[1] | Case No. 23-10605 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related D.I. 224** |

## ORDER (A) SUSTAINING OBJECTION TO CLAIMS FILED BY MARTIN SHKRELI

Upon the motion ("**Motion**"), filed by Cerovene, Inc. ("**Cerovene**") and Dr. Reddy's Laboratories, Inc. ("**Dr. Reddy's**" and together with Cerovene, the "**Movants**"), by and through their counsel, Greenberg Traurig LLP, for the entry of an order (a) disallowing and striking Claim Numbers 10045 and 11 (the "**Shkreli Claims**") filed by Martin Shkreli ("**Shkreli**"), and (b) estimating at $0.00 for all purposes in these bankruptcy cases; against the above-captioned debtors (the "**Debtors**"); and this Court having found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b), (iv) venue of this proceeding and this matter in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) notice of the Motion was adequate and appropriate under the circumstances and no other or further notice need be provided; and this

---

[1] The Debtors in these subchapter V cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Vyera Pharmaceuticals, LLC (1758); Oakrum Pharma, LLC (*3999*); SevenScore Pharmaceuticals, LLC (**2598**); Phoenixus AG (1091); Dermelix Biotherapeutics, LLC (4711); and Orpha Labs AG. The Debtors' headquarters and the mailing address for the Debtors is 600 3rd Avenue, 19th Floor, New York, NY 10016.

Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish grounds for the releif granted herein; and good cause having been shown,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein

2. The Shkreli Claims (and any amened or additional claims Shkreli may file against the Debtors' estates) are disallowed and stricken in their entirety.

3. Shkreli shall not: (a) vote for or against the proposed Plan (and any such vote made shall not be counted): or (b) take any other actions which in any other way influences or participates in the Debtors' affairs or influences or participates in this proceeding.

4. The Debtors are not required to reserve any amounts to satisfy the Shkreli Claims in any Chapter 11 plan.

5. Epiq Corporate Restructuring, LLC, the Debtors' notice and claims agent, is directed to update the claims register to reflect the relief granted in this Order.

6. The Debtors are authorized and directed to take all such actions as are necessary or appropriate to implement the terms of this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: September 11th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE